E-FILED
Monday, 01 June, 2026  12:34:42 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

MICHAEL HENDRICKS,

        Plaintiffs,

vs.

RYAN BOHM, KATHLEEN SCHOPP, "SARAH", JEN COMPTON, TRINITY SERVICES GROUP, INC. and LIVINGSTON COUNTY,

        Defendants.

Case No.: 25-cv-01130

### DECLARATION OF LIEUTENANT HARMON

I, Scott Harmon, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 the foregoing is true and correct:

1.      I am the Jail Lieutenant at the Livingston County Jail ("the Jail").

2.      I have personal knowledge of the records maintained and procedures utilized at the Jail.

3.      The Jail has a four-step process for the resolution of inmate grievances.

4.      When an inmate is dissatisfied with the resolution of his initial grievance, he may within 5 business days of receipt of the written notice, appeal in writing, with the number of the grievance he wishes to appeal to me as the Jail Lieutenant.

5.      I am "Step 2" in the grievance appeal process.

6.      After reviewing the Jail grievance records, I found no record indicating that Michael Hendricks submitted a Step 2 grievance appeal regarding the claims in this lawsuit to me.

7.      This declaration is based on my personal review of the records and information available to me in the normal course of business.

1

**EXHIBIT 2**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 26th day of May, 2026, at Livingston County, Illinois.

Scott Harmon
Jail Lieutenant
Livingston County Jail

2