E-FILED
Monday, 01 June, 2026  12:34:42 PM
Clerk, U.S. District Court, ILCD

# Inmate Mail

| | | | |
|---|---|---|---|
| **Inmate:** | HENDRICKS, MICHAEL R | **User:** | Control, Master |
| **Direction:** | outbound | **Status:** | Delivered |
| **Received:** | | **Sent:** | 7/26/2024 11:46:37 AM - 05:00 |
| **Subject:** | Grievances {1249944} | **Mail Id:** | 1249944 |

the lunch today was impossible to eat. i have no top teeth. the beans were under cooked so the was hard as rocks. the grilled cheese was hard. then we had chips again no way to eat them.
the next thing does the jail ever serve fruit?

thank you
-
SubjectId: 96260
Inmate: MICHAEL RAY HENDRICKS
Housing: J
Facility: Livingston County IL

**EXHIBIT 3**