E-FILED
Monday, 01 June, 2026  12:34:42 PM
Clerk, U.S. District Court, ILCD

# Inmate Mail

| | | | |
|---|---|---|---|
| **Inmate:** | HENDRICKS, MICHAEL R | **User:** | Control, Master |
| **Direction:** | inbound | **Status:** | Delivered |
| **Received:** | 7/30/2024 11:50:33 AM - 05:00 | **Sent:** | |
| **Subject:** | Re: Grievances {1249944} | **Mail Id:** | 1251517 |

HAVE MEDICAL PUT YOU ON A SOFT FOOD DIET. THE FOOD IS EDIBLE - ISHOOPJ12

On Fri, Jul 26, 2024 at 11:46?AM MICHAEL RAY HENDRICKS          wrote:

&gt; the lunch today was impossible to eat. i have no top teeth. the beans were
&gt; under cooked so the was hard as rocks. the grilled cheese was hard. then we
&gt; had chips again no way to eat them.
&gt; the next thing does the jail ever serve fruit?
&gt;
&gt; thank you
&gt; -
&gt; SubjectId: 96260
&gt; Inmate: MICHAEL RAY HENDRICKS
&gt; Housing: J
&gt; Facility: Livingston County IL
&gt;
&gt;

**EXHIBIT 4**