E-FILED
Monday, 01 June, 2026  12:34:42 PM
Clerk, U.S. District Court, ILCD

# Inmate Mail

| | | | |
|---|---|---|---|
| **Inmate:** | HENDRICKS, MICHAEL R | **User:** | Control, Master |
| **Direction:** | outbound | **Status:** | Delivered |
| **Received:** | | **Sent:** | 11/4/2024 5:23:29 AM - 06:00 |
| **Subject:** | Grievances {1289435} | **Mail Id:** | 1289435 |

i put in a sick call to see the dr about my high and low sugar levels. i explained to him that i have been diabetic for 25 years. i explained that every time i tak insulin i have been told a person should eat.(even if its just a peanut butter sandwhich). the dr agreed with me and told me that with the high dose of insulin i was taking i should eat. i explained the jail does not agree with the need fora snack. the dr told me he was putting me in for one.

the jail the decides that to receive this snack i need to be on a special diet and eat no commissary food. if i am already having trouble with my levels why decrease my food intake?

i dont get any commissary except for what a few people give me. trays here are already under calories. but yet the jail can not give a diabetic snack.

i have had low sugar several times in the last week. these are because of the lack of protein we receive. to have to go through these are very hard on a person both physical and mental.

every jail i have been to has gave all diabetics a snack. i dont understand.

i know this was long. i also know that nothing will change from this. all i am doing is creating a paper trail.

-

SubjectId: 96260
Inmate: MICHAEL R HENDRICKS
Housing: J
Facility: Livingston County IL

**EXHIBIT 5**