E-FILED
Monday, 01 June, 2026  12:34:43 PM
Clerk, U.S. District Court, ILCD

# Inmate Mail

| | | | |
|---|---|---|---|
| **Inmate:** | HENDRICKS, MICHAEL R | **User:** | Control, Master |
| **Direction:** | inbound | **Status:** | Delivered |
| **Received:** | 11/5/2024 3:37:23 PM - 06:00 | **Sent:** | |
| **Subject:** | Re: Grievances {1289435} | **Mail Id:** | 1290238 |

OUR JAIL ONLY GIVES OUT SNACKS TO PREGNANT RESIDENTS. YOU WOULD HAVE TO SPEAK TO SUPT DRAPER ABOUT RESOLVING THIS ISSUE WITH THE DIABETIC SNACK-ISHOOPJ12

On Mon, Nov 4, 2024 at 5:23?AM MICHAEL R HENDRICKS
wrote:

&gt; i put in a sick call to see the dr about my high and low sugar levels. i
&gt; explained to him that i have been diabetic for 25 years. i explained that
&gt; every time i tak insulin i have been told a person should eat.(even if its
&gt; just a peanut butter sandwhich). the dr agreed with me and told me that
&gt; with the high dose of insulin i was taking i should eat. i explained the
&gt; jail does not agree with the need fora snack. the dr told me he was putting
&gt; me in for one.
&gt; the jail the decides that to receive this snack i need to be on a special
&gt; diet and eat no commissary food. if i am already having trouble with my
&gt; levels why decrease my food intake?
&gt; i dont get any commissary except for what a few people give me. trays here
&gt; are already under calories. but yet the jail can not give a diabetic snack.
&gt; i have had low sugar several times in the last week. these are because of
&gt; the lack of protein we receive. to have to go through these are very hard
&gt; on a person both physical and mental.
&gt; every jail i have been to has gave all diabetics a snack. i dont
&gt; understand.
&gt; i know this was long. i also know that nothing will change from this. all
&gt; i am doing is creating a paper trail.
&gt; -
&gt; SubjectId: 96260
&gt; Inmate: MICHAEL R HENDRICKS
&gt; Housing: J
&gt; Facility: Livingston County IL
&gt;
&gt;

**EXHIBIT 6**