E-FILED
Monday, 01 June, 2026  12:34:43 PM
Clerk, U.S. District Court, ILCD

# Inmate Mail

| | | | |
|---|---|---|---|
| **Inmate:** | HENDRICKS, MICHAEL R | **User:** | Livingston, Grievances |
| **Direction:** | outbound | **Status:** | Delivered |
| **Received:** | | **Sent:** | 3/17/2025 8:38:54 AM - 05:00 |
| **Subject:** | Grievances {1344301} | **Mail Id:** | 1344301 |

this breakfast we are getting is so under calories. they took away the eggs we got several times per week. the serve the cheapest cereal that is on the market. we get no fruit.
come something has to break.
i also know the response to this will be you dont control the kitchen. but it is time for change
-
SubjectId: 96260
Inmate: MICHAEL R HENDRICKS
Housing: J
Facility: Livingston County IL

EXHIBIT

7