E-FILED
Monday, 01 June, 2026  12:34:43 PM
Clerk, U.S. District Court, ILCD

# Inmate Mail

| | | | |
|---|---|---|---|
| **Inmate:** | HENDRICKS, MICHAEL R | **User:** | Marin, Camson |
| **Direction:** | inbound | **Status:** | Delivered |
| **Received:** | 3/19/2025 3:26:46 PM - 05:00 | **Sent:** | |
| **Subject:** | Re: Grievances {1344301} | **Mail Id:** | 1345450 |

WE SPOKE IN PERSON ABOUT THIS. LET ME KNOW IF MORE INFORMATION IS NEEDED FOR YOU. CMARIN J17

On Mon, Mar 17, 2025 at 8:38?AM MICHAEL R HENDRICKS          wrote:

&gt; this breakfast we are getting is so under calories. they took away the
&gt; eggs we got several times per week. the serve the cheapest cereal that is
&gt; on the market. we get no fruit.
&gt; come something has to break.
&gt; i also know the response to this will be you dont control the kitchen. but
&gt; it is time for change
&gt; -
&gt; SubjectId: 96260
&gt; Inmate: MICHAEL R HENDRICKS
&gt; Housing: J
&gt; Facility: Livingston County IL
&gt;
&gt; --
&gt; You received this message because you are subscribed to the Google Groups
&gt; &quot;grievance&quot; group.
&gt; To unsubscribe from this group and stop receiving emails from it, send an
&gt; email to                    .
&gt; To view this discussion visit
&gt; https://groups.google.com/a/livingstoncountyil.gov/d/msgid/grievance/VISITEL-PROD1pFVjCR00000031%40inmate-email.us
&gt; .
&gt;

**EXHIBIT 8**