E-FILED
Monday, 01 June, 2026  12:34:43 PM
Clerk, U.S. District Court, ILCD

# Inmate Mail

| | | | |
|---|---|---|---|
| **Inmate:** | HENDRICKS, MICHAEL R | **User:** | Livingston, Grievances |
| **Direction:** | outbound | **Status:** | Delivered |
| **Received:** | | **Sent:** | 3/18/2025 6:38:58 AM - 05:00 |
| **Subject:** | Grievances {1344758} | **Mail Id:** | 1344758 |

something needs to change with the breakfast. it is the same meals day after day. we receive no fruit. some days the cereal is uneatable. what happened to serving eggs? i understand cheap but this is out of hand
-
SubjectId: 96260
Inmate: MICHAEL R HENDRICKS
Housing: J
Facility: Livingston County IL

**EXHIBIT 9**