E-FILED
Monday, 01 June, 2026  12:34:43 PM
Clerk, U.S. District Court, ILCD

# Inmate Mail

| | | | |
|---|---|---|---|
| **Inmate:** | HENDRICKS, MICHAEL R | **User:** | Marin, Camson |
| **Direction:** | inbound | **Status:** | Delivered |
| **Received:** | 3/19/2025 8:51:33 AM - 05:00 | **Sent:** | |
| **Subject:** | Re: Grievances {1344758} | **Mail Id:** | 1345259 |

DIETARY MAKES ALL THE PLANS FOR MEALS AND IS CONTRACTED OUT. THEY HAVE A SET GUIDELINE OF WHAT TO SERVE, SERVING AMOUNT, AND WHAT TIMES. UNFORTUNATELY THATS WHAT WE HAVE RIGHT THIS SECOND. CMARIN 17

On Tue, Mar 18, 2025 at 6:39?AM MICHAEL R HENDRICKS                  wrote:

&gt; something needs to change with the breakfast. it is the same meals day
&gt; after day. we receive no fruit. some days the cereal is uneatable. what
&gt; happened to serving eggs? i understand cheap but this is out of hand
&gt; -
&gt; SubjectId: 96260
&gt; Inmate: MICHAEL R HENDRICKS
&gt; Housing: J
&gt; Facility: Livingston County IL
&gt;
&gt; --
&gt; You received this message because you are subscribed to the Google Groups
&gt; &quot;grievance&quot; group.
&gt; To unsubscribe from this group and stop receiving emails from it, send an
&gt; email to                         .
&gt; To view this discussion visit
&gt; https://groups.google.com/a/livingstoncountyil.gov/d/msgid/grievance/VISITEL-PROD1reBBsQ00000012%40inmate-email.us
&gt; .
&gt;

**EXHIBIT 10**