E-FILED
Monday, 01 June, 2026  12:34:44 PM
Clerk, U.S. District Court, ILCD

# Inmate Mail

| | | | |
|---|---|---|---|
| **Inmate:** | HENDRICKS, MICHAEL R | **User:** | Livingston, Grievances |
| **Direction:** | outbound | **Status:** | Delivered |
| **Received:** | | **Sent:** | 3/19/2025 6:42:15 AM - 05:00 |
| **Subject:** | Grievances {1345225} | **Mail Id:** | 1345225 |

this morning breakfast was way under calories. i take insulin based off a 1800-2000 calorie diet. that has to be divided between 3 meals.
also there is no fruit.
i am asking this be corrected asap
-
SubjectId: 96260
Inmate: MICHAEL R HENDRICKS
Housing: J
Facility: Livingston County IL

**EXHIBIT 11**