E-FILED
Monday, 01 June, 2026  12:34:44 PM
Clerk, U.S. District Court, ILCD

# Inmate Mail

| | | | |
|---|---|---|---|
| **Inmate:** | HENDRICKS, MICHAEL R | **User:** | Marin, Camson |
| **Direction:** | inbound | **Status:** | Delivered |
| **Received:** | 3/19/2025 8:30:52 AM - 05:00 | **Sent:** | |
| **Subject:** | Re: Grievances {1345225} | **Mail Id:** | 1345248 |

WHAT WAS DIFFERENT ABOUT TODAYS BREAKFAST THEN EVERY OTHER DAY? I WAS NOT HERE THIS MORNING SO IM JUST TRYING TO GET AN IDEA OF WHATS GOING ON.
CMARIN J17

On Wed, Mar 19, 2025 at 6:42?AM MICHAEL R HENDRICKS                wrote:

&gt; this morning breakfast was way under calories. i take insulin based off a
&gt; 1800-2000 calorie diet. that has to be divided between 3 meals.
&gt; also there is no fruit.
&gt; i am asking this be corrected asap
&gt; -
&gt; SubjectId: 96260
&gt; Inmate: MICHAEL R HENDRICKS
&gt; Housing: J
&gt; Facility: Livingston County IL
&gt;
&gt; --
&gt; You received this message because you are subscribed to the Google Groups
&gt; &quot;grievance&quot; group.
&gt; To unsubscribe from this group and stop receiving emails from it, send an
&gt; email to                          .
&gt; To view this discussion visit
&gt; https://groups.google.com/a/livingstoncountyil.gov/d/msgid/grievance/VISITEL-PROD1AmEaJs00000026%40inmate-email.us
&gt; .
&gt;

**EXHIBIT**

**12**