E-FILED
Monday, 01 June, 2026  12:34:44 PM
Clerk, U.S. District Court, ILCD

# Inmate Mail

| | | | |
|---|---|---|---|
| **Inmate:** | HENDRICKS, MICHAEL R | **User:** | Livingston, Grievances |
| **Direction:** | outbound | **Status:** | Delivered |
| **Received:** | | **Sent:** | 3/20/2025 6:40:21 AM - 05:00 |
| **Subject:** | Grievances {1345647} | **Mail Id:** | 1345647 |

i am filing this because of inadequate nutrition. yesterday we had 1500 calories and no fruit.
the food we do get is high in carbs, and salt.
i need to be on a heart healthy diet. I have saw that tray and it does not meet the basic needs.
i understand you may not be able to do any more than to tell kellwell foods they need to up their game.
if you dont answer i understand. i m doing this to complete the grievance procedure.
-
SubjectId: 96260
Inmate: MICHAEL R HENDRICKS
Housing: J
Facility: Livingston County IL

**EXHIBIT 13**