E-FILED
Monday, 01 June, 2026  12:34:44 PM
Clerk, U.S. District Court, ILCD

# Inmate Mail

| | | | |
|---|---|---|---|
| **Inmate:** | HENDRICKS, MICHAEL R | **User:** | Livingston, Grievances |
| **Direction:** | outbound | **Status:** | Delivered |
| **Received:** | | **Sent:** | 3/21/2025 6:22:36 AM - 05:00 |
| **Subject:** | Grievances {1346079} | **Mail Id:** | 1346079 |

just for documentation the trays at breakfast today again was inadequate.
i will say though yesterdays trays overall was better.

-
SubjectId: 96260
Inmate: MICHAEL R HENDRICKS
Housing: J
Facility: Livingston County IL

**EXHIBIT**

**14**