# Inmate Mail

| | | | |
|---|---|---|---|
| **Inmate:** | HENDRICKS, MICHAEL R | **User:** | Marin, Camson |
| **Direction:** | inbound | **Status:** | Delivered |
| **Received:** | 3/24/2025 9:31:31 AM - 05:00 | **Sent:** | |
| **Subject:** | Re: Grievances {1346079} | **Mail Id:** | 1347232 |

DOCUMENTATION ACCEPTED. PLEASE ADVISE IF THERE IS SOMETHING YOU NEED FROM US.  CMARIN J17

On Fri, Mar 21, 2025 at 6:22?AM MICHAEL R HENDRICKS          wrote:

&gt; just for documentation the trays at breakfast today again was inadequate.
&gt; i will say though yesterdays trays overall was better.
&gt;
&gt; -
&gt; SubjectId: 96260
&gt; Inmate: MICHAEL R HENDRICKS
&gt; Housing: J
&gt; Facility: Livingston County IL
&gt;
&gt; --
&gt; You received this message because you are subscribed to the Google Groups
&gt; &quot;grievance&quot; group.
&gt; To unsubscribe from this group and stop receiving emails from it, send an
&gt; email to                         .
&gt; To view this discussion visit
&gt; https://groups.google.com/a/livingstoncountyil.gov/d/msgid/grievance/VISITEL-PROD1swFCHO00000017%40inmate-email.us
&gt; .
&gt;

**EXHIBIT 15**