E-FILED
Monday, 01 June, 2026  12:34:45 PM
Clerk, U.S. District Court, ILCD

# Inmate Mail

| | | | |
|---|---|---|---|
| **Inmate:** | HENDRICKS, MICHAEL R | **User:** | Livingston, Grievances |
| **Direction:** | outbound | **Status:** | Delivered |
| **Received:** | | **Sent:** | 3/26/2025 2:43:22 PM - 05:00 |
| **Subject:** | Grievances {1348434} | **Mail Id:** | 1348434 |

our trays for the last two days have been way under calorie. all you have to do is review the cameras. it seems these grievances falls on deaf ears.
-
SubjectId: 96260
Inmate: MICHAEL R HENDRICKS
Housing: J
Facility: Livingston County IL

EXHIBIT
16