E-FILED
Monday, 01 June, 2026  12:34:45 PM
Clerk, U.S. District Court, ILCD

# Inmate Mail

| | | | |
|---|---|---|---|
| **Inmate:** | HENDRICKS, MICHAEL R | **User:** | Shoop, Ian |
| **Direction:** | inbound | **Status:** | Delivered |
| **Received:** | 3/26/2025 5:34:15 PM - 05:00 | **Sent:** | |
| **Subject:** | Re: Grievances {1348434} | **Mail Id:** | 1348589 |

---

The trays are not under calories if anything you get more than 1800-2000 calories a day which is the minimum requirement per the Illinois admin code

On Wed, Mar 26, 2025 at 2:43?PM MICHAEL R HENDRICKS                    wrote:

&gt; our trays for the last two days have been way under calorie. all you have
&gt; to do is review the cameras. it seems these grievances falls on deaf ears.
&gt; -
&gt; SubjectId: 96260
&gt; Inmate: MICHAEL R HENDRICKS
&gt; Housing: J
&gt; Facility: Livingston County IL
&gt;
&gt; --
&gt; You received this message because you are subscribed to the Google Groups
&gt; &quot;grievance&quot; group.
&gt; To unsubscribe from this group and stop receiving emails from it, send an
&gt; email to                    .
&gt; To view this discussion visit
&gt; https://groups.google.com/a/livingstoncountyil.gov/d/msgid/grievance/VISITEL-
PROD1topWd7000000f2%40inmate-email.us
&gt; .
&gt;

**EXHIBIT 17**