E-FILED
Monday, 01 June, 2026  12:34:45 PM
Clerk, U.S. District Court, ILCD

# Inmate Mail

| | | | |
|---|---|---|---|
| **Inmate:** | HENDRICKS, MICHAEL R | **User:** | Livingston, Grievances |
| **Direction:** | outbound | **Status:** | Delivered |
| **Received:** | | **Sent:** | 3/26/2025 5:13:22 PM - 05:00 |
| **Subject:** | Grievances {1348572} | **Mail Id:** | 1348572 |

i was just in the hospital with heart problems. while in the hospital my blood sugar was never over 120. the food was heart healthy and the portions was plenty.
todays trays was under calories. tonight tray was full of salt.

can you please fix the kitchen asap. i do not need high blood sugars and i for sure do not need alot of salt.
-
SubjectId: 96260
Inmate: MICHAEL R HENDRICKS
Housing: J
Facility: Livingston County IL

**EXHIBIT 18**