E-FILED
Monday, 01 June, 2026  12:34:45 PM
Clerk, U.S. District Court, ILCD

# Inmate Mail

| | | | |
|---|---|---|---|
| **Inmate:** | HENDRICKS, MICHAEL R | **User:** | Smith, Jody |
| **Direction:** | inbound | **Status:** | Delivered |
| **Received:** | 3/28/2025 1:11:00 PM - 05:00 | **Sent:** | |
| **Subject:** | Re: Grievances {1348572} | **Mail Id:** | 1349344 |

THE DIETS ARE MADE BY A NUTRITIONIST AND COMPLY WITH ALL STANDARDS
-SMITH J18

On Wed, Mar 26, 2025 at 5:13?PM MICHAEL R HENDRICKS          wrote:

&gt; i was just in the hospital with heart problems. while in the hospital my
&gt; blood sugar was never over 120. the food was heart healthy and the portions
&gt; was plenty.
&gt; todays trays was under calories. tonight tray was full of salt.
&gt;
&gt; can you please fix the kitchen asap. i do not need high blood sugars and i
&gt; for sure do not need alot of salt.
&gt; -
&gt; SubjectId: 96260
&gt; Inmate: MICHAEL R HENDRICKS
&gt; Housing: J
&gt; Facility: Livingston County IL
&gt;
&gt; --
&gt; You received this message because you are subscribed to the Google Groups
&gt; &quot;grievance&quot; group.
&gt; To unsubscribe from this group and stop receiving emails from it, send an
&gt; email to                           .
&gt; To view this discussion visit
&gt; https://groups.google.com/a/livingstoncountyil.gov/d/msgid/grievance/VISITEL-
PROD1l4rhYQ00000172%40inmate-email.us
&gt; .
&gt;

**EXHIBIT 19**