1:25-cv-01130-MMM    # 46-20    Filed: 06/01/26    Page 1 of 1

E-FILED
Monday, 01 June, 2026  12:34:45 PM
Clerk, U.S. District Court, ILCD

# Inmate Mail

| | | | |
|---|---|---|---|
| **Inmate:** | HENDRICKS, MICHAEL R | **User:** | Livingston, Grievances |
| **Direction:** | outbound | **Status:** | Delivered |
| **Received:** | | **Sent:** | 3/30/2025 8:34:03 PM - 05:00 |
| **Subject:** | Grievances {1351099} | **Mail Id:** | 1351099 |

the amount of food and the quality of the food today was very poor. the calories was no where close to the required amount.

the idea to sever sat and sun two breakfasts is only a benefit to the company that does the kitchen.

they stop serving eggs because of the cost. the switch back to the nasty peanut butter i am sure cause of the cost.

by doing so we have lost calories. no icing on the cake. again calorie loss. serving sizes reduced. calorie loss.

what needs to happen that we get served the legal amount of food.

i am requesting to speak with the chief deputy of the county to solve this problem

-

SubjectId: 96260
Inmate: MICHAEL R HENDRICKS
Housing: J
Facility: Livingston County IL

**EXHIBIT 20**