E-FILED
Monday, 29 June, 2026  02:26:36 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

FILED
JUN 29 2026
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Michael Hendricks, PLAINTIFF, PRO SE

- AGAINST-

Ryan Bohm, ET AL, DEFENDANTS

CASE # 25-CV-01130

## PLAINTIFF'S MOTION TO DENY DEFENDANTS MOTION FOR SUMMARY JUDGMENT

Now come the Plaintiff Michael Hendricks, Pro Se, to ask the Court to Deny defendants motion for summary judgment for the facts listed in the Plaintiffs declaration, the Plaintiff's response to defendants motion for summary judgment and the Plaintiff's memorandum of law in support of the Plaintiff's response to defendant's motion for summary judgment.

Because of the failure of the Administration at the Livingston County Jail to make available a grievance appeal process and their failure to answer over ten grievances concerning the inadequate nutrition served at the jail the Plaintiff hereby requests this Court to deny the defendants motion for summary judgment and move forward to a jury trial.

Respectfully
Date : 6/19/2026

Michael Hendricks    Michael Hendricks
14274-026
Federal Medical Center
P.O. Box 14500
Lexington Ky 40512

## Declaration of Michael Hendricks

I, Michael Hendricks, declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 the foregoing is true and correct:

(1) I was a federal detainee at the Livingston County Jail in Pontiac Illinois from 7/5/2024 thru 5/2026.

(2) While at the Livingston County Jail I never received any milk or fruit. The calories averaged 1300 to 1500 per day.

(3) I have taken calorie counting classes because of being a diabetic

(4) I am insulin dependant. The insulin I receive is based off of a 1800-2000 calorie per day diet. By not receiving the proper calories this caused me to crash often

(5) I wrote over ten grievances concerning the inadequate nutrition served to me at the Livingston County Jail. Most of these went unanswered

(6) There is nothing in the Livingston County Jails handbook that states what to do with a unanswered grievance.

(7) There is no place on the kiosk to write an appeal to a grievance.

(8) I spoke with officers at the jail concerning these problems and got no response. I asked to speak with the admin but yet never got a chance to.

I declare under penalty of perjury that the foregoing is true and correct

Michael Hendricks    14274026    Federal Medical Center
P.O. Box 14500  Lexington Ky    40512

Executed on this 19th day of June 2026 in Lexington Ky 40512

MICHAEL HENDRICKS
14274-026
FederAl MedIcAl Center
P.O. Box 14500
LexingToN Ky 40512

LOUISVILLE KY 400

24 JUN 2026 PM 2 L



⇔14274-026⇔
Us Courthouse
100 NE Monroe ST
Peoria, IL 61602
United States

61602-100999