E-FILED
Monday, 29 June, 2026  02:27:56 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

FILED
JUN 2 9 2026
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Michael Hendricks, Plaintiff, Pro Se

- AGAINST -

Ryan Bohm, et al, Defendants

case # 25-CV-01130

PLAINTIFF'S RESPONSE TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT

Now come the Plaintiff Michael Hendricks, Pro Se, to respond to the Defendants motion for summary Judgment, and do hereby state the following:

(1) At all times relevant, the Plaintiff Michael Hendricks was an inmate at the Livingston County Jail in Pontiac Illinois.

(2) Plaintiff filed a complaint for failure to provide adequate nutrition a constitutional violation under 42 U.S.C. Section 1983

(3) Plaintiff filed at least 10 grievances concerning the inadequate nutrition being served at the Livingston County Jail. (see defendants exhibit # 5,7,9,11,13,14,16,17,18 and #20) all received no response.

(4) By defendants Exhibit A "Livingston County Jail Hand book page #8 under appealing a grievance response no where does it state what to do when a grievance is unanswered. Hence that once the jail received notice of, and had the oppurtunity to correct a problem but simply failed to answer even a first step grievance, the Plaintiff has satisfied the purpose of the exhaustion requirement.

(5) The Livingston County Jails grievance, medical, inmate request and inmate visit request are hosted on a Kiosk system. The grievance tab only allows first step grievances to be filed. No tabs are available for any appeals

(6) Because the LIVINGSTON County JAIL failed to respond to over 10 grievances filed by the Plaintiff concerning the INADEQUATE NUTRITION served to the Plaintiff the grievance process at the LIVINGSTON County JAIL was rendered UNAVAILABLE

(7) By NOT ANSWERING over 10 grievances filed by the Plaintiff concerning INADEQUATE NUTRITION at the LIVINGSTON County JAIL the grievance process AT the JAIL operate AS A simple dead end with officers CONSISTENTLY UNWILLING to provide Any relief to Aggrieved INMATES like the Plaintiff.

(8) The grievance proceedure AT the LIVINGSTON County JAIL IS so opaque because there IS no way to file A step 2 or 3 Appeal AS there IS NO place on the KIOSK to file these appeals.

(9) The LIVINGSTON County JAIL ADMINISTRATORS have thwart INMATES from using the grievance process at the JAIL through misrepresentation by deception on page #8 of the JAILs handbook (see defendants exhibit A page #8).

(10) The Above mentioned Are all material facts the Plaintiff has exhausted the ADMINISTRATIVE remedies concerning the Plaintiffs complaint for INADEQUATE NUTRITION served to the Plaintiff At the LIVINGSTON County JAIL.

(11) The Plaintiff have Also filed with this document his memorandum of LAW IN support of his MOTION TO dismiss the defendANT MOTION for SUMMARY Judgment, And the Plaintiffs Response to defendant MOTION for SUMMARY Judgment.

Respectfully
Date: 6/19/2026

Michael Henderson     14274-026 Federal Medical Center

P.O. Box 14500

LEXINGTON KY 40512

1:25-cv-01130-MMM    # 53    Filed: 06/29/26

Michael Hendricks
14274-026
Federal Medical Center
P.O. Box 14500
Lexington Ky 40512

LOUISVILLE KY 400

24 JUN 2026  PM 2  L

⇔14274-026⇔
Us Courthouse
100 NE Monroe ST
Peoria, IL 61602
United States

61602-100999