E-FILED
Friday, 31 July, 2026  03:50:31 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
JUL 31 2026
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Michael Hendricks, Plaintiff, Pro Se

-AGAINST-

Ryan Bohm, ET AL, Defendants

Case # 25-CV-01130

## PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT ON THE AFFIRMATIVE DEFENSE OF EXHAUSTION OF ADMINISTRATIVE REMEDIES

Now comes the Plaintiff Michael Hendricks, pro se, and respectfully submitts this Response In Opposition to defendants Motion for summary Judgment regarding the affirmative defense of failure to exhaust Administrative remedies under the Prison Litigation Reform (PLRA) 42 U.S.C § 1997e(a)

### I. INTRODUCTION

In support of this Response, Plaintiff states while detained as a Federal detainee at the Livingston County Jail in Pontiac Illinois he was subjected to constitutionally inadequate nutrition.

To remedy these unlawful conditions, the Plaintiff diligently Attempted to utilize the Jails Administrative grievance procedure by filing 9 seperate, timely "First step grievances detailing the ongoing nutritional deprivation, Jail officials failed to respond to a single one of these ten Administrative filings.

Because the Jails Administration's persistent failure to respond to properly filed grievances rendered the Administrative remedy process functionally "unavailable" under Supreme Court and Seventh Circuit precedent, Plaintiff has exhausted all available Administrative remedies. Consequently, the defendants motion must be denied, or alternatively, a Pavey evidentiary hearing must be scheduled to resolve any disputed issues of material fact.

## II RESPONSE TO Undisputed Material FACTS

A. Undisputed Material Facts

(i) The Plaintiff states that in the defendants motion for summary judgment #1, #2 and #3 are undisputed material facts.

B. Disputed Material FACTS

(i) #4 is disputed because the Jail does not have a process for unanswered grievance (please see Livingston County Jails Handbook).

(2) #5 is disputed because the Plaintiff believed the Exhaustion was completed when the defendants did not answer 9 grievances.

(3) #6, #7, #8 and #9 is disputed because the Plaintiff filed 9 seperate grievances All went unanswered (see exhibit marked 3, 7, 9, 11, 13, 14, 16, 18, and #20). A prisoner is only required to exhaust remedies that are actually "available."

Ross -v- Blake, 578 U.S. 632, 642 (2016).
If an administrative procedure is unavailable, "An inmate's duty to exhaust" is extinguished.

## III. ARGUMENT

The Supreme Court has made clear that the PLRA contains a built-in exception with respect to exhaustion. A prisoner is only required to exhaust when the Remedies are "Available".

The Seventh Circuit has repeatedly held that the failure of a jail or prison officials to respond to a properly filed grievance satisfies the "unavailability" standard, thereby exhausting the inmates administrative obligations.
Lewis -v- Washington, 300 F3d 829, 833 (7th cir 2002).
Dole -v- chandler, 438 F3d 804, 809 (7th cir 2006).
Brengettcy -v- Horton, 423 F.3d 674, 682 (7th cir 2005).
Hernandez -v- Darr, 814 F3d 836, 842 (7th cir 2016).

The Plaintiff next Argues the defendant did not follow Local Rule 7.1(D). The rule clearly states "All motions for summary judgment and responses and replies thereto must comply with the requirement of this rule. No where in any of the three documents received did the defendants state a "Introduction" undisputed facts, or a labled Argument. The plaintiff did not receive any memorandum of law from the defendant. Hence the filing are not in compliance and

should be stricken by the court. Wildridge -v- American Hoechst Corp., 24 F.3d 918 (7th cir 1994).

## IV CONCLUSION AND RELIEF REQUESTED

The Plaintiff Michael Hendricks did everything in his power to resolve his constitutional claims regarding inadequate nutrition through the Jail's internal administrative channels. He filed at least nine seperate grievances, but Jail officials met his cries for help with total silence. The law does not allow Jail administrators to ignore an inmate's grievances and then use that silence as a shield to escape constitutional liability in federal court.

WHEREFORE, the Plaintiff respectfully requests that this court:

(1) Deny the defendants motion for summary judgment on the Affirmative Defense of Exhaustion of Administrative Remedies;

(2) Find that the Jail's Administrative remedies were unavailable to the Plaintiff, and thus his Administrative obligation under 42 U.S.C. § 1997e(a) are fully exhausted;

(3) In the alternative, schedule an evidentiary hearing pursuant to Pavey -v- Conley to resolve any disputed issues of material fact regarding the filing and non-response of the nine grievances; And

(4) Grant such other and further relief as this court deems just and proper.

Respectfully Submitted

Date: 7/27/2026

Michael Hendricks    Michael Hendricks

14274-026

Federal Medical Center

P.O. Box 14500

Lexington Ky 40512

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of July 2026 a true and correct copy of the foregoing Plaintiff's Objection and Response in Opposition to Defendants Motion for Summary Judgment and the Accompaning Supporting Declaration was placed in the Institutional mail system at the Federal Medical Center (FMC) Lexington, properly addressed and with first-class postage prepaid for delivery As listed below

United States Courthouse

100 N.E. Monroe St

Peoria IL 61602

E-FILED
Monday, 01 June, 2026 12:34:42 PM
Clerk, U.S. District Court, ILCD

# Inmate Mail

| | | | |
|---|---|---|---|
| **Inmate:** | HENDRICKS, MICHAEL R | **User:** | Control, Master |
| **Direction:** | outbound | **Status:** | Delivered |
| **Received:** | | **Sent:** | 7/26/2024 11:46:37 AM - 05:00 |
| **Subject:** | Grievances {1249944} | **Mail Id:** | 1249944 |

the lunch today was impossible to eat. i have no top teeth. the beans were under cooked so the was hard as rocks. the grilled cheese was hard. then we had chips again no way to eat them.
the next thing does the jail ever serve fruit?

thank you
-
SubjectId: 96260
Inmate: MICHAEL RAY HENDRICKS
Housing: J
Facility: Livingston County IL

**EXHIBIT**

**3**

Hendricks v. Bohm, et al.

United States District Court, Central District of Illinois

Peoria Division

Case No. 1:25-cv-01130-MMM

# TRINITY DEFENDANTS' EXHIBIT 3

Grievance No. 1249944 (July 26, 2024)

# Inmate Mail

| | | | |
|---|---|---|---|
| **Inmate:** | HENDRICKS, MICHAEL R | **User:** | Livingston, Grievances |
| **Direction:** | outbound | **Status:** | Delivered |
| **Received:** | | **Sent:** | 3/17/2025 8:38:54 AM - 05:00 |
| **Subject:** | Grievances {1344301} | **Mail Id:** | 1344301 |

this breakfast we are getting is so under calories. they took away the eggs we got several times per week. the serve the cheapest cereal that is on the market. we get no fruit.
come something has to break.
i also know the response to this will be you dont control the kitchen. but it is time for change

SubjectId: 96260
Inmate: MICHAEL R HENDRICKS
Housing: J
Facility: Livingston County IL

**EXHIBIT**

**7**

Hendricks v. Bohm, et al.

United States District Court, Central District of Illinois

Peoria Division

Case No. 1:25-cv-01130-MMM

# TRINITY DEFENDANTS' EXHIBIT 7

Grievance No. 1344301 (March 17, 2025)

E-FILED
Monday, 01 June, 2026 12:34:43 PM
Clerk, U.S. District Court, ILCD

# Inmate Mail

| | | | |
|---|---|---|---|
| **Inmate:** | HENDRICKS, MICHAEL R | **User:** | Livingston, Grievances |
| **Direction:** | outbound | **Status:** | Delivered |
| **Received:** | | **Sent:** | 3/18/2025 6:38:58 AM - 05:00 |
| **Subject:** | Grievances {1344758} | **Mail Id:** | 1344758 |

something needs to change with the breakfast. it is the same meals day after day. we receive no fruit. some days the cereal is uneatable. what happened to serving eggs? i understand cheap but this is out of hand

SubjectId: 96260
Inmate: MICHAEL R HENDRICKS
Housing: J
Facility: Livingston County IL

**EXHIBIT
9**

Hendricks v. Bohm, et al.

United States District Court, Central District of Illinois

Peoria Division

Case No. 1:25-cv-01130-MMM

# TRINITY DEFENDANTS' EXHIBIT 9

Grievance No. 1344758 (March 18, 2025)

E-FILED
Monday, 01 June, 2026  12:34:44 PM
Clerk, U.S. District Court, ILCD

# Inmate Mail

| | | | |
|---|---|---|---|
| **Inmate:** | HENDRICKS, MICHAEL R | **User:** | Livingston, Grievances |
| **Direction:** | outbound | **Status:** | Delivered |
| **Received:** | | **Sent:** | 3/19/2025 6:42:15 AM - 05:00 |
| **Subject:** | Grievances {1345225} | **Mail Id:** | 1345225 |

this morning breakfast was way under calories. i take insulin based off a 1800-2000 calorie diet. that has to be divided between 3 meals.
also there is no fruit.
i am asking this be corrected asap
-
SubjectId: 96260
Inmate: MICHAEL R HENDRICKS
Housing: J
Facility: Livingston County IL

**EXHIBIT**

**11**

Hendricks v. Bohm, et al.

United States District Court, Central District of Illinois

Peoria Division

Case No. 1:25-cv-01130-MMM

# TRINITY DEFENDANTS' EXHIBIT 11

Grievance No. 1345225 (March 19, 2025)

# Inmate Mail

E-FILED
Monday, 01 June, 2026  12:34:44 PM
Clerk, U.S. District Court, ILCD

| | | | |
|---|---|---|---|
| **Inmate:** | HENDRICKS, MICHAEL R | **User:** | Livingston, Grievances |
| **Direction:** | outbound | **Status:** | Delivered |
| **Received:** | | **Sent:** | 3/20/2025 6:40:21 AM - 05:00 |
| **Subject:** | Grievances {1345647} | **Mail Id:** | 1345647 |

i am filing this because of inadequate nutrition. yesterday we had 1500 calories and no fruit.
the food we do get is high in carbs, and salt.
i need to be on a heart healthy diet. I have saw that tray and it does not meet the basic needs.
i understand you may not be able to do any more than to tell kellwell foods they need to up their game.
if you dont answer i understand. i m doing this to complete the grievance procedure.
-

SubjectId: 96260
Inmate: MICHAEL R HENDRICKS
Housing: J
Facility: Livingston County IL

**EXHIBIT**

**13**

Hendricks v. Bohm, et al.

United States District Court, Central District of Illinois

Peoria Division

Case No. 1:25-cv-01130-MMM

# TRINITY DEFENDANTS'

# EXHIBIT 13

Grievance No. 1345647 (March 20, 2025)

E-FILED
Monday, 01 June, 2026  12:34:44 PM
Clerk, U.S. District Court, ILCD

# Inmate Mail

| | | | |
|---|---|---|---|
| **Inmate:** | HENDRICKS, MICHAEL R | **User:** | Livingston, Grievances |
| **Direction:** | outbound | **Status:** | Delivered |
| **Received:** | | **Sent:** | 3/21/2025 6:22:36 AM - 05:00 |
| **Subject:** | Grievances {1346079} | **Mail Id:** | 1346079 |

just for documentation the trays at breakfast today again was inadequate.
i will say though yesterdays trays overall was better.

-

SubjectId: 96260
Inmate: MICHAEL R HENDRICKS
Housing: J
Facility: Livingston County IL

**EXHIBIT**

**14**

Hendricks v. Bohm, et al.

United States District Court, Central District of Illinois

Peoria Division

Case No. 1:25-cv-01130-MMM

# TRINITY DEFENDANTS'

# EXHIBIT 14

Grievance No. 1346079 (March 21, 2025)

E-FILED

Monday, 01 June, 2026  12:34:45 PM

Clerk, U.S. District Court, ILCD

# Inmate Mail

| | | | |
|---|---|---|---|
| **Inmate:** | HENDRICKS, MICHAEL R | **User:** | Livingston, Grievances |
| **Direction:** | outbound | **Status:** | Delivered |
| **Received:** | | **Sent:** | 3/26/2025 2:43:22 PM - 05:00 |
| **Subject:** | Grievances {1348434} | **Mail Id:** | 1348434 |

our trays for the last two days have been way under calorie. all you have to do is review the cameras. it seems these grievances falls on deaf ears.

-

SubjectId: 96260
Inmate: MICHAEL R HENDRICKS
Housing: J
Facility: Livingston County IL

**EXHIBIT**

**16**

Hendricks v. Bohm, et al.

United States District Court, Central District of Illinois

Peoria Division

Case No. 1:25-cv-01130-MMM

# TRINITY DEFENDANTS' EXHIBIT 16

Grievance No. 1348434 (March 26, 2025)

E-FILED
Monday, 01 June, 2026  12:34:45 PM
Clerk, U.S. District Court, ILCD

# Inmate Mail

| | | | |
|---|---|---|---|
| **Inmate:** | HENDRICKS, MICHAEL R | **User:** | Livingston, Grievances |
| **Direction:** | outbound | **Status:** | Delivered |
| **Received:** | | **Sent:** | 3/26/2025 5:13:22 PM - 05:00 |
| **Subject:** | Grievances (1348572) | **Mail Id:** | 1348572 |

i was just in the hospital with heart problems. while in the hospital my blood sugar was never over 120. the food was heart healthy and the portions was plenty.
todays trays was under calories. tonight tray was full of salt.

can you please fix the kitchen asap. i do not need high blood sugars and i for sure do not need alot of salt.
-
SubjectId: 96260
Inmate: MICHAEL R HENDRICKS
Housing: J
Facility: Livingston County IL

**EXHIBIT**

**18**

Hendricks v. Bohm, et al.

United States District Court, Central District of Illinois

Peoria Division

Case No. 1:25-cv-01130-MMM

# TRINITY DEFENDANTS'

# EXHIBIT 18

Grievance No. 1348572 (March 26, 2025)

E-FILED
Monday, 01 June, 2026 12:34:45 PM
Clerk, U.S. District Court, ILCD

# Inmate Mail

| | | | |
|---|---|---|---|
| **Inmate:** | HENDRICKS, MICHAEL R | **User:** | Livingston, Grievances |
| **Direction:** | outbound | **Status:** | Delivered |
| **Received:** | | **Sent:** | 3/30/2025 8:34:03 PM - 05:00 |
| **Subject:** | Grievances (1351099) | **Mail Id:** | 1351099 |

the amount of food and the quality of the food today was very poor. the calories was no where close to the required amount.

the idea to sever sat and sun two breakfasts is only a benefit to the company that does the kitchen.

they stop serving eggs because of the cost. the switch back to the nasty peanut butter i am sure cause of the cost.

by doing so we have lost calories. no icing on the cake. again calorie loss. serving sizes reduced. calorie loss.

what needs to happen that we get served the legal amount of food.

i am requesting to speak with the chief deputy of the county to solve this problem

-

SubjectId: 96260
Inmate: MICHAEL R HENDRICKS
Housing: J
Facility: Livingston County IL

**EXHIBIT**

**20**

Hendricks v. Bohm, et al.

United States District Court, Central District of Illinois

Peoria Division

Case No. 1:25-cv-01130-MMM

# TRINITY DEFENDANTS'
# EXHIBIT 20

Grievance No. 1351099 (March 30, 2025)

Michael Hendricks
14274-026
Federal Medical Center
P. O. Box 14500
Lexington Ky 40512



UNITED STATES
OF AMERICA
FOREVER/USA

UNITED STATES
OF AMERICA
FOREVER/USA

⇔14274-026⇔
Us Courthouse
100 NE Monroe ST
Peoria, IL 61602
United States

61602-100399