E-FILED
Friday, 31 July, 2026  03:56:26 PM
Clerk, U.S. District Court, ILCD

FILED
JUL 31 2026
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MICHAEL Hendricks, PLAINTIFF, PRO SE

-AGAINST-

Ryan BOHM, ET AL, Defendants

CASE # 25-CV-01130

DECLARATION IN OPPOSITION TO DEFENDANTS MOTION
FOR SUMMARY JUDGMENT

I MICHAEL Hendricks STATES:

(1) I AM the PLAINTIFF IN the Above entitled case

(2) I make this declaration IN OPPOSITION To defendants motion for summary judgment on my claims for INADEQUATE NUTRITION

(3) While AT the LIVINGSTON County JAIL IN PONTIAC IL I WAS a federal detainee.

(4) I filed AT least 9 grievances concerning the INAdequate NUTRITION being served To INMATES AT the JAIL. All 9 of these grievances went UNANSwered. No where IN the JAILs handbook does IT STATE what TO do when A grievance goes UNANswered.

(5) The foregoing factual allegation Creates A genuine issue of material fact and will, if proved AT TRIAL support A judgment IN my favor.

Pursuant to 28 U.S.C. § 1746 I declare under penalty of perjury the foregoing IS TRUE AND correct.

Respectfully Submitted    Michael Hendricks, Michael Hendricks

Date : 7/27/2026          14274-026

                          Federal Medical Center

                          P.O. Box 14500

                          Lexington Ky 40512